UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

SARAH E. BAKER,

    Debtor.
_____/

SARAH E. BAKER,

    Appellant,

v.                                                CASE NO: 2:09-cv-238-FtM-99

ROBERT E. TARDIF, JR.,

    Appellee.
_____/

**O R D E R**

      Before the Court is Appellant's Motion for Reconsideration of this Court's order entered April 30, 2009, affirming the bankruptcy court's order on appeal. (Dkt. 4). Appellant, now through her counsel, raises the same argument raised in the appeal, citing a few additional cases for the same proposition— that section 222.21 of the Florida Statutes exempts qualified Keogh plans of an individual who is the only participant in such plan. See In re Lazin, 217 B.R. 332, 336 (Bankr.M.D. Fla. 1998); In re Hickenbottom, 143 B.R. 931, 933 (Bankr.W.D.Wash. 1992); In re Allen, 203 B.R. 786 (Bankr.M.D. Fla. 1996). While general public policy considerations may be the

protection of the debtor's future income stream for retirement, the particular facts and statutes construed in the cases cited are wholly inapposite to the facts in this case and do not alter the Court's analysis.

It is therefore **ORDERED AND ADJUDGED** that Appellant's Motion for Reconsideration (Dkt. 4) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, on May 13, 2009.

  s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record